AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jun 30, 2025

SEAN F. McAVOY, CLERK

TODD BATTEN, an individual; ROBERT DYER, an individual; REGGIE MORRIS, an individual; and ANNA TESTER, an individual,

*Plaintiff*

v.

PROVIDENCE ST. JOSEPH HEALTH; PROVIDENCE HEALTH & SERVICES; PROVIDENCE HEALTH AND SERVICES –WASHINGTON d/b/a  PROVIDENCE; PROVIDENCE ST. MARY MEDICAL CENTER; and PROVIDENCE MEDICAL GROUP d/b/a PROVIDENCE MEDICAL GROUP SOUTHEAST WASHINGTON NEUROSURGERY, a/k/a PMG NEUROSCIENCE INSTITUTE, WALLA WALLA a/k/a NEUROSCIENCE INSTITUTE d/b/a PROVIDENCE,

*Defendant*

Civil Action No.  2:23-CV-0097-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Order filed at ECF No. 91, Defendants' Motion for Summary Judgment (ECF No. 50) is GRANTED. Plaintiffs' Motion to Enforce Court Order and Compel Production (ECF No. 87) and Motion to Expedite (ECF No. 89) are DENIED as moot.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Thomas O. Rice .

Date:  6/30/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Ruby Mendoza

*(By) Deputy Clerk*

Ruby Mendoza